# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CORNERSTONE CHEMICAL COMPANY** | § § § | **CIVIL ACTION NO. 2:21-cv-198** |
| **v.** | § § § | **JUDGE BROWN** |
| **M.R.C. DENIZCILIK TURIZM VE PETROL ÜRÜNLERI TICARET LIMITED ŞIRKETI** | § § § § | **MAGISTRATE JUDGE DOUGLAS** |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, Cornerstone Chemical Company ("Cornerstone"), through undersigned counsel, files this notice of voluntary dismissal of its Complaint against defendant, M.R.C. Denizcilik Turizm ve Petrol Ürünleri Ticaret Limited Şirketi ("MRC"), with prejudice, as follows:

1.

On January 31, 2021, Cornerstone filed its Complaint against MRC. (Doc. 1.)

2.

As of this date, no opposing party has filed any answer or motion for summary judgment.

3.

In the interim, Cornerstone and MRC have participated in the requested arbitration, and the arbitral panel has issued its award.

4.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A) and (B), Cornerstone hereby files this notice of dismissal of its Complaint, with prejudice.

{N1919223 -}

New Orleans, Louisiana  
November 22, 2021

Respectfully submitted:

*/s/     James D. Bercaw*
**ROBERT J. STEFANI, # 19248**
**JAMES D. BERCAW, # 20492**
**KING & JURGENS, L.L.C.**
201 St. Charles Avenue, 45th Floor
New Orleans, Louisiana  70170
Telephone:  (504) 582-3800
Facsimile:  (504) 582-1233
E-Mail:   jbercaw@kingjurgens.com
             rstefani@kingjurgens.com

*Attorneys for Cornerstone Chemical Company*

{N1919223 -}                                    2